IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WALTER GLENN CARTER
ADC #105961 PLAINTIFF

v. No. 2:25-cv-155-DPM-PSH

LINDA SOUTHERN, Mail Room Supervisor, E.A.R.U., Arkansas Department of Correction; RICHARD TODD BALL, Superintendent, E.A.R.U., Arkansas Department of Correction; MICHAEL RICHARDSON, Deputy Warden, E.A.R.U., Arkansas Department of Correction; KENYON RANDLE, Deputy Warden, E.A.R.U., Arkansas Department of Correction; BRANDON DAVIS, Deputy Warden, E.A.R.U., Arkansas Department of Correction; RODNEY BROWN, Major, Chief of Security, General Population, E.A.R.U., Arkansas Department of Correction; JOHN HAYNES, Major, Chief of Security, Max Population, E.A.R.U., Arkansas Department of Correction; LAVEIL RUCKER, Senior Unit Chaplain, E.A.R.U., Arkansas Department of Correction; ALBERT MCKINNEY, Unit Chaplain, E.A.R.U., Arkansas

**Department of Correction; RAY PEALS, Unit Chaplain, E.A.R.U., Arkansas Department of Correction; DEXTER PAYNE, Director, Arkansas Department of Correction; WILLIAM STRAUGHN, Deputy Director, Arkansas Department of Correction; and AUNDRA CULCLAGER, Deputy Director, Arkansas Department of Correction** **DEFENDANTS**

**ORDER**

Unopposed recommendation, *Doc. 64*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 21*, denied as moot.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

27 July 2026